## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **MARK FULTZ**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-11876 |
| v. | ) | |
| | ) | |
| **BRIGHTLODGE, INC,** a Michigan corporation for profit, | ) | Honorable Judge Sean F. Cox |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Thomas E. Cafferty (OH 0081001) |
| Law Offices of Owen Dunn, Jr. | Law Office of Thom Cafferty |
| The Offices of Unit C | 500 Madison Avenue, Ste. 320 |
| 6800 W. Central Ave., Suite C-1 | Toledo, OH 43604 |
| Toledo, OH 43617 | TEL: (419) 244-0169 |
| 419-241-9661 | FAX: (419) 244-9420 |
| dunnlawoffice@sbcglobel.net | tcafferty@bex.net |
| Attorney for Plaintiff | Attorney for Defendant |

## NOTICE OF SETTLEMENT

AND NOW comes the Plaintiff and Defendant by their undersigned counsel and advise this Honorable Court that the parties have reached an agreement in principle. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Date: July 7, 2023

| | |
|---|---|
| /s/ Owen B Dunn, Jr. | /S/ Thomas E. Cafferty |
| Owen B. Dunn, Jr. (P66315) | Thomas E. Cafferty (OH 0081001) |
| Law Offices of Owen Dunn, Jr. | Law Office of Thom Cafferty |
| The Offices of Unit C | 500 Madison Avenue, Ste. 320 |
| 6800 W. Central Ave., Suite C-1 | Toledo, OH 43604 |
| Toledo, OH  43617 | TEL: (419) 244-0169 |
| 419-241-9661 | FAX: (419) 244-9420 |
| dunnlawoffice@sbcglobel.net | tcafferty@bex.net |
| | Attorney for Defendant |