# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARK FULTZ**, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:22-cv-11876 |
| v. | ) |
| | ) |
| **BRIGHTLODGE, INC,** a Michigan corporation for profit, | ) Honorable Judge Sean F. Cox |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315)<br>Law Offices of Owen Dunn, Jr.<br>The Offices of Unit C<br>6800 W. Central Ave., Suite C-1<br>Toledo, OH 43617<br>419-241-9661<br>dunnlawoffice@sbcglobel.net<br>Attorney for Plaintiff | Thomas E. Cafferty (OH 0081001)<br>Law Office of Thom Cafferty<br>500 Madison Avenue, Ste. 320<br>Toledo, OH 43604<br>TEL: (419) 244-0169<br>FAX: (419) 244-9420<br>tcafferty@bex.net<br>Attorney for Defendant |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

IT IS SO ORDERED.

Dated: July 14, 2023  s/Sean F. Cox  
Sean F. Cox  
U. S. District Judge

STIPULATED AND AGREED TO BY:

/s/ Owen B Dunn, Jr.  
Owen B. Dunn, Jr. (P66315)  
Law Offices of Owen Dunn, Jr.  
The Offices of Unit C  
6800 W. Central Ave., Suite C-1  
Toledo, OH  43617  
419-241-9661  
dunnlawoffice@sbcglobel.net  
Attorney for Plaintiff

/S/ Thomas E. Cafferty  
Thomas E. Cafferty (OH 0081001)  
Law Office of Thom Cafferty  
500 Madison Avenue, Ste. 320  
Toledo, OH 43604  
TEL: (419) 244-0169  
FAX: (419) 244-9420  
tcafferty@bex.net  
Attorney for Defendant

Date: July 12, 2023